**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1263**

EDWARD H. BENDER,

Plaintiff - Appellant,

versus

CARLOS M. GUTIERREZ, in his official capacity
as U.S. Secretary of Commerce; PATRICIA A.
KURKUL, in her official capacity as Regional
Administrator   for   National   Oceanic   and
Atmospheric Administration, National Marine
Fisheries Service,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Walter D. Kelley, Jr., District
Judge.  (2:03-cv-00519-WDK)

Submitted:  August 23, 2007          Decided:  August 28, 2007

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward H. Bender, Appellant Pro Se.  Katherine W. Hazard, Meredith
Lisa Flax, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.;
George Maralan Kelley, III, Assistant United States Attorney,
Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward H. Bender appeals the district court's order accepting the recommendation of the magistrate judge and denying relief in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bender v. Gutierrez</u>, No. 2:03-cv-00519-WDK (E.D. Va. Jan. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>